UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RANDALL S. BLANCHARD,**

    **Plaintiff,**

**v.**

**UNION PACIFIC
RAILROAD COMPANY**,

    **Defendant.**                                                  No. 15-cv-689-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 7, 2016(Doc. 33), this case is **DISMISSED** with prejudice.

                                                             **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                                             **BY:**      **/s/*Caitlin Fischer*
                                                                              **Deputy Clerk**

Dated: September 12, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.12 11:42:44 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE